UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil File No. 01-2283 (PAM/JGL)

David Robert Groves,

Plaintiff,

vs.

**ORDER OF DISMISSAL WITH PREJUDICE**

James L. Ornberg, Joseph Korzilius, Terrance Zoller, Jodi Lein, and Richard A. Stehr,

Defendants.

This matter came on for review based upon the parties' Stipulation of Dismissal With Prejudice.

Defendants James L. Ornberg, Joseph Korzilius, Terrance Zoller, Jodi Lein, and Richard A. Stehr, are represented by Assistant Attorney General Marsha Eldot Devine, 1100 NCL Tower, 445 Minnesota Street, St. Paul, Minnesota 55101. Plaintiff David Robert Groves is *pro se* and resides at 10210 Portland Avenue South, Minneapolis, Minnesota 55420.

This Court having reviewed the parties' Stipulation of Dismissal With Prejudice and finding that Plaintiff Groves has withdrawn his lawsuit,

**ORDERS AS FOLLOWS:**

1. The Plaintiff's Complaint is dismissed in its entirety and with prejudice;

2. The Clerk of Court is directed to immediately enter a Judgment of Dismissal with Prejudice with regard to Plaintiff's Complaint in accordance with the parties' Stipulation of Dismissal with Prejudice, there being no just reason for delay in the entry of the judgment of dismissal with prejudice; and

JUL 1 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 1 6 2002
DEPUTY CLERK

3. The Clerk of Court is further directed to send a copy of this Order and the Judgment of Dismissal with Prejudice to counsel for Defendants and to Plaintiff Groves, indicating that the Order has been docketed and that the judgment of dismissal has been entered.

BY THE COURT:

Dated: July 13, 2002.

PAUL A. MAGNUSON
Senior Judge of District Court

AG: #671607-v1